IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RADNOR HOLDINGS CORPORATION, ET AL., | ) ) | Case No. 06-10894 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | Adv. Pro. 06-50909 |
| | ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RADNOR HOLDINGS CORPORATION, ET AL., | ) ) ) ) | Civil Action No. 06-702 (KAJ) |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TENNENBAUM CAPITAL PARTNERS, LLC, ET AL., | ) ) | |
| | ) | |
| Appellees. | ) | |

### ORDER

For the reasons set forth by the Court during the teleconference on November 21, 2006,

IT IS HEREBY ORDERED that Appellants' motions to expedite appeal (D.I. 1) and for stay pending appeal (D.I. 2) are DENIED.

_____
UNITED STATES DISTRICT JUDGE

November 22, 2006
Wilmington, Delaware