IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RADNOR HOLDINGS CORPORATION, | ) | |
| ET AL., | ) | Case No. 06-10894 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | Adv. Pro. 06-50909 |
| | ) | |
| THE OFFICIAL COMMITTEE OF | ) | |
| UNSECURED CREDITORS OF | ) | |
| RADNOR HOLDINGS CORPORATION, | ) | Civil Action No. 06-702 (KAJ) |
| ET AL., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TENNENBAUM CAPITAL PARTNERS, | ) | |
| LLC, ET AL., | ) | |
| | ) | |
| Appellees. | ) | |

**ORDER**

At Wilmington, this 5th day of January, 2007,

IT IS HEREBY ORDERED that the parties shall submit a status report to the Court on or before January 12, 2007.

_____
UNITED STATES MAGISTRATE JUDGE