IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| RADNOR HOLDINGS | § | Case No. 06-10894-(PJW) |
| CORPORATION, *et al.*, | § | Jointly Administered |
| | § | |
| Debtors. | § | |
| | § | |
| THE OFFICIAL COMMITTEE OF | § | Civil Action No. 06-702 (***) |
| UNSECURED CREDITORS OF RADNOR | § | |
| HOLDINGS CORPORATION, *et al.*, | § | |
| | § | |
| Appellant, | § | |
| | § | |
| v. | § | |
| | § | |
| TENNENBAUM CAPITAL PARTNERS, | § | |
| LLC, SPECIAL VALUE EXPANSION | § | |
| FUND LLC, SPECIAL VALUE | § | |
| OPPORTUNITIES LLC, TR ACQUISITION | § | |
| CO. INC. AND JOSE E. FELICIANO, | § | |
| | § | |
| Appellees. | § | |



**AGREED ORDER CLOSING PROCEEDING AND DISMISSING APPEAL**

This matter having come before the Court on the motion of the Official Committee of Unsecured Creditors of Radnor Holdings Corporation, *et al.*, appellant (the "Committee"), for entry of this agreed order closing the above-captioned proceeding and dismissing the appeal (the "Motion"), after due deliberation and for good cause shown, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Committee's Motion is GRANTED and the above-captioned proceeding is hereby closed and the appeal dismissed.

2. Each party will bear its own fees and costs on appeal.

Dated: April 4, 2007

_____
United States District Court Judge